IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT A. PALADINO, ) | |
| ) | Civil Action No. 07 - 255 |
| Petitioner, ) | |
| ) | District Judge Arthur J. Schwab |
| v. ) | Magistrate Judge Lisa Pupo Lenihan |
| ) | |
| THE ATTORNEY GENERAL OF THE ) | |
| STATE OF PENNSYLVANIA; THE ) | |
| DISTRICT ATTORNEY OF THE COUNTY ) | |
| OF BEAVER; THE COMMONWEALTH OF ) | |
| PENNSYLVANIA, ) | |
| ) | |
| Respondents. ) | |

## ORDER

On February 28, 2007, the above captioned case was initiated by the filing of a Petition for Writ of Habeas Corpus (doc. no. 1) and was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

The Magistrate Judge's Report and Recommendation (doc. no. 16), filed on October 12, 2007, recommended that Petition for Writ of Habeas Corpus be denied. Petitioner was served with the Report and Recommendation and was advised he was allowed ten (10) days from the date of service to file written objections to the Report and Recommendation. On November 2, 2007, Petitioner filed written objections (doc. no. 17). After review of the pleadings and documents in the case, together with the Report and Recommendation, and the Objections thereto, the following order is entered:

1

**AND NOW**, this 7th day of November, 2007;

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus is **DENIED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (doc. no.16) of Magistrate Judge Lenihan, dated October 12, 2007, is **ADOPTED** as the opinion of the court.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Petitioner has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

           s/Arthur J. Schwab
           Arthur J. Schwab
           United States District Judge

cc:      Lisa Pupo Lenihan
         United States Magistrate Judge

        ROBERT A. PALADINO, #08133068
        P O Box 7000
        Texarkana, TX 75505-7000